JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARTHUR TAYLOR,

               Petitioner,

       v.

GORDAN,

               Respondent.

Case No. 2:25-cv-06743-AB (SK)

**JUDGMENT**

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice.

DATED: October 28, 2025

ANDRÉ BIROTTE, JR.
United States District Judge